

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

February 13, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *E.K. v. N.Y.C. Dep't of Educ. et al.*, 24-cv-4546 (AKH)(GS)

Dear Judge Hellerstein:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

      The parties respectfully submit this joint letter to inform the Court that the parties have now reached a settlement in principle. Accordingly, the parties request that all pending deadlines and appearances be cancelled, including the February 20, 2025 Answer deadline, and that they be granted 30 days to submit the finalized settlement documents to the Court.

      Thank you for considering these requests.

      Respectfully submitted,

      */s/ Marina Moraru*
      Marina Moraru, Esq.
      Special Assistant Corporation Counsel

cc: All Counsel of record (via ECF)

      A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

      Alvin K. Hellerstein, U.S.D.J.
      Date: 2-18-2025